# **Exhibit 1**

Certificate of Notice

United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                    Case No. 20-01244-NPO
Amazing Energy LLC                                                        Chapter 11
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3          User: dsanderso          Page 1 of 2          Date Rcvd: Apr 13, 2020
                              Form ID: 309F1           Total Noticed: 68

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2020.
```
db         +Amazing Energy LLC,    5700 W. Plano Parkway,    Suite 3600,    Plano, TX 75093-2455
aty        +Douglas Scott Draper,    Heller Draper Patrick Horn & Manthey LLC,
             650 Poydras Street, Suite 2500,    New Orleans, LA 70130-6175
aty        +Leslie A. Collins,    Heller Draper Patrick Horn & Manthey LLC,    650 Poydras Street, Suite 2500,
             New Orleans, LA 70130-6175
4878121    +Amazing Energy Oil and Gas Co.,    5700 W. Plano Parkway,    Suite 3600,    Plano, TX 75093-2455
4878122     Applied Industrial Technologies DBA KNOX,    22510 NETWORK PLACE,    CHICAGO, IL 60673-1225
4878124    +BIG BEND TELEPHONE CO INC,    808 N. 5TH ST,    ALPINE, TX 79830-3002
4878123    +Bank Direct,    150 North Field Dr - Suite 190,    Lake Forest, IL 60045-2594
4878125    +Brier Sutton Roustabout,    5482 HALLFORD ROAD,    FT STOCKTON TX 79735-9425
4878126     CINTAS CORPORATION #440,    PO BOX 650838,    DALLAS, TX 75265-0838
4878127     CNH INDUSTRIAL CAPITAL,    PO Box 71264,    Philadelphia, PA 19176-6264
4878128     CUTTER DRILLING SYSTEMS,    DEPT 150,    PO BOX 4458,    HOUSTON, TX 77210-4458
4878129     DYNAMIC FISHING & RENTALS,    3400 NCR 1148,    MIDLAND, TX 79705
4879977    +Derek A. Henderson, Esq.,    for JLM Strategic Investments, LP,    1765-A Lelia Drive, Ste 103,
             Jackson, MS 39216-4820
4879976    +Derek A. Henderson, Esq.,    for Lesa Renee Miesner,    1765-A Lelia Drive, Ste 103,
             Jackson, MS 39216-4820
4879975    +Derek A. Henderson, Esq.,    for Arnold Jed Miesner,    1765-A Lelia Drive, Ste 103,
             Jackson, MS 39216-4820
4879978    +Derek A. Henderson, Esq.,    for Petro Pro, Ltd.,    1765-A Lelia Drive, Ste 103,
             Jackson, MS 39216-4820
4878130    +ERIC SMITH - Roustabout,    203 S SEALS,    FORT STOCKTON, TX 79735-6219
4878131    +First Insurance Funding/Kaecher Insuranc,    9555 Hillwood Dr  STE 140,
             Las Vegas, NV 89134-0579
4878132    +HADAWAY ENGINEERING INC.,    PO BOX 188,    CANADIAN, TX 79014-0188
4878133     HALLIBURTON,    PO BOX 301341,    DALLAS, TX 75303-1341
4878135    +HOT SPLASH LLC,    PO BOX 729,    MANVEL, TX 77578-0729
4878136    +HOWARD SUPPLY COMPANY LLC,    P.O. Box 650707,    DALLAS, TX 75265-0707
4878137     IMPERATIVE CHEMICAL PARTNERS INC,    PO BOX 679330,    DALLAS, TX 75267-9330
4878140    +JLM Strategic Investments LP,    1 Woodstone,    Amarillo, TX 79106-4151
4878141    +JONES ELECTRIC INC.,    PO BOX 815,    CRANE, TX 79731-0815
4878139    +Jed and Lesa Miesner,    1 Woodstone,    Amarillo, TX 79106-4151
4878142    +LARRY W BISHOP Pumper,    PO BOX 1066,    IRAAN, TX 79744-1066
4878143    +LEO & SONS, LP,    PO BOX 802,    IRAAN, TX 79744-0802
4878144    +M&W HOT OIL, INC.,    PO BOX 69370,    Odessa, TX 79769-0370
4878145    +McCAMEY PUMP AND SUPPLY INC.,    PO BOX 1675,    MCCAMEY, TX 79752-1675
4878146    +McCamey Pumpjack Sales &,    P.O. Box 1551,    McCamey, TX 79752-1551
4878147    +Mike Padilla Rostabout,    2198 SOUTH US HWY 385,    FT STOCKTON TX 79735-8837
4878148    +Mississippi Department of Human Services,    Attention: Bankruptcy,    P. O. Box 352,
             Jackson, MS 39205-0352
4878150    +OG ENDEAVORS, LLC OGPUMPER,    P.O. BOX 7091,    ABILENE, TX 79608-7091
4878151    +PAUL J. SUTTON - Pumper,    5482 Halford Rd,    FT STOCKTON, TX 79735-9425
4878153    +PIKES PEAK ENERGY SERVICES LLC,    PO BOX 2510,    OZONA, TX 76943-2510
4878154     PLAINS ENTERPRISES LTD,    PO BOX 69565,    ODESSA, TX 79769-0565
4878155    +PLATINUM VAPOR CONTROL LP,    2822 W 5TH ST,    FORT WORTH, TX 76107-2204
4878156     POTTER CNTY TAX ASSESSOR SHERRI TAYLOR,    PO BOX 2289,    AMARILLO, TX 79105-2289
4878152    +Petro Pro Ltd.,    1 Woodstone,    Amarillo, TX 79106-4151
4878157    +Premier Pump & Supply Inc.,    P.O Box 3763,    Brookhaven, MS 39603-7763
4878162    +STATE LINE TRUCKING INC,    PO BOX 66,    BLEDSOE, TX 79314-0066
4878163    +STI Water Transport,    316 SHELL ROAD,    PO BOX 512,    MCCAMEY TX 79752-0512
4878158    +Smith Manus Insurance,    2307 River Rd - STE 200,    Louisville, KY 40206-5005
4878159    +Social Security Administrations,    Office of the General Counsel, Region IV,
             61 Forsyth Street, SW,    Suite 20T45,    Atlanta, GA 30303-8920
4878160     Southwest Marketers, Inc.,    P.O. Box 400,    Ft. Stockton, TX 79735-0400
4878161     Southwest Texas Electric,    DEPT 1340,    PO Box 2153,    Birmingham AL 35287-1340
4878165     TM Gas Measurement,    2514 WEST I-20 NORTH SERVICE ROAD,    MONAHANS TX 79756
4878166    +TRANS PECOS NATURAL GAS CO. PIONEER,    217 W. BEAUREGARD AVE.,    SAN ANGELO, TX 76903-5823
4878167    +TRYTON TOOL SERVICES,    PO BOX 722833,    NORMAN, OK 73070-9145
4878164     Texas Mutual Insurance,    PO BOX 841843,    DALLAS TX 75284-1843
4878170    +WARHORSE TUBING TESTERS LLC,    PO BOX 273,    MONAHANS, TX 79756-0273
4878172     WEATHERFORD U.S., LP,    PO BOX 200098,    HOUSTON, TX 77216-0098
4878173    +Williams Ranch,    PO Box 1172,    Seagraves, TX 79359-1172
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty         +E-mail/Text: ustpregion05.ja.ecf@usdoj.gov Apr 13 2020 20:57:23
             Christopher J. Steiskal, Sr.,    United States Trustee,    501 East Court Street, Suite 6-430,
             Jackson, MS 39201-5022
aty          E-mail/Text: david@wheelerattys.com Apr 13 2020 20:57:05     David Wheeler,
             Wheeler & Wheeler, PLLC,    PO Box 264,    Biloxi, MS  39533
aty         +EDI: QDAHENDERSON.COM Apr 14 2020 00:53:00      Derek A. Henderson,    1765-A Lelia Drive,
             Suite 103,    Jackson, MS 39216-4820
```

```
District/off: 0538-3              User: dsanderso              Page 2 of 2                   Date Rcvd: Apr 13, 2020
                                  Form ID: 309F1               Total Noticed: 68
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
aty            +E-mail/Text: gbrouphy@hellerdraper.com Apr 13 2020 20:57:14     Greta Manning Brouphy,
                 Heller Draper Patrick Horn & Manthey LLC,   650 Poydras Street,    Suite 2500,
                 New Orleans, LA 70130-6175
ust            +E-mail/Text: ustpregion05.ja.ecf@usdoj.gov Apr 13 2020 20:57:23      United States Trustee,
                 501 East Court Street,   Suite 6-430,   Jackson, MS 39201-5022
4878134        +E-mail/Text: rcupps@hoppesconstruction.com Apr 13 2020 20:57:50      HOPPE'S CONSTRUCTION LLC,
                 PO BOX 654,   ADA, OK 74821-0654
4878259         EDI: IRS.COM Apr 14 2020 00:53:00      Internal Revenue Service,   PO Box 21126,
                 Philadelphia, PA 19114
4878261        +E-mail/Text: tabitha.bandi@usdoj.gov Apr 13 2020 20:57:32     Internal Revenue Service,
                 c/o United States Attorney,   501 E. Court Street, Ste. 4.430,   Jackson, MS 39201-5025
4878260         EDI: MSDOR Apr 14 2020 00:53:00      MS State Tax Commission,   Bankruptcy Section,
                 PO Box 23338,   Jackson, MS 39225
4878149         EDI: MSDOR Apr 14 2020 00:53:00      Mississippi Department of Revenue,   Bankruptcy Section,
                 P. O. Box 22808,   Jackson, MS 39225-2808
4878168         E-mail/Text: txulec09@vistraenergy.com Apr 13 2020 20:57:33     TXU ENERGY,   PO BOX 650638,
                 DALLAS, TX 75265-0638
4878262        +E-mail/Text: tabitha.bandi@usdoj.gov Apr 13 2020 20:57:32
                 U.S. Securities and Exchange Commission,   c/o United States Attorney,
                 501 E. Court Street, Ste. 4.430,   Jackson, MS 39201-5025
4878169         E-mail/Text: atlreorg@sec.gov Apr 13 2020 20:57:25     U.S. Securities and Exchange Commission,
                 Office of Reorganization,   950 East Paces Ferry Road,   Suite 900,   Atlanta, GA 30326-1382
4878171         E-mail/Text: kay@wbsupply.com Apr 13 2020 20:57:28     WB SUPPLY COMPANY,   PO BOX 972856,
                 DALLAS, TX 75397-2856
                                                                                               TOTAL: 14

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Arnold Jed Miesner
cr              JLM Strategic Investments, LP
cr              Lesa Renee Miesner
cr              Petro Pro, Ltd.
4878138*        Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
4878257*        U.S. Securities and Exchange Commission,   Office of Reorganization,
                 950 East Paces Ferry Road, Suite 900,   Atlanta, GA 30326-1382
                                                                                   TOTALS: 4, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2020                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2020 at the address(es) listed below:

```
              Christopher J. Steiskal, Sr.    on behalf of U.S. Trustee    United States Trustee
               christopher.j.steiskal@usdoj.gov, lois.e.walker@usdoj.gov;sarita.dukes@usdoj.gov
              David Wheeler    on behalf of Debtor    Amazing Energy LLC david@wheelerattys.com
              Derek A. Henderson    on behalf of Creditor Lesa Renee Miesner derek@derekhendersonlaw.com,
               melissa@derekhendersonlaw.com
              Derek A. Henderson    on behalf of Creditor    JLM Strategic Investments, LP
               derek@derekhendersonlaw.com, melissa@derekhendersonlaw.com
              Derek A. Henderson    on behalf of Creditor    Petro Pro, Ltd. derek@derekhendersonlaw.com,
               melissa@derekhendersonlaw.com
              Derek A. Henderson    on behalf of Creditor Arnold Jed Miesner derek@derekhendersonlaw.com,
               melissa@derekhendersonlaw.com
              Douglas Scott Draper    on behalf of Debtor    Amazing Energy LLC ddraper@hellerdraper.com,
               kfritscher@hellerdraper.com;lwright@hellerdraper.com
              Greta Manning Brouphy    on behalf of Debtor    Amazing Energy LLC gbrouphy@hellerdraper.com,
               kfritscher@hellerdraper.com
              Leslie A. Collins    on behalf of Debtor    Amazing Energy LLC lcollins@hellerdraper.com
              United States Trustee    USTPRegion05.JA.ECF@usdoj.gov
                                                                                               TOTAL: 10
```

# Notice of Chapter 11 Bankruptcy Case
### United States Bankruptcy Court Southern District of Mississippi

---

### Information to identify the case:

| | | | |
|---|---|---|---|
| Debtor | **Amazing Energy LLC** <br> Name | EIN | **26–3896155** |
| United States Bankruptcy Court of the Southern District of Mississippi <br> Case number: **20–01244–NPO** | | Date case filed for chapter **11**  **4/6/20** | |

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Cell Phones and other electronic devices are generally not allowed in the courthouses of this District. For more information visit www.mssb.uscourts.gov.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Amazing Energy LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 5700 W. Plano Parkway <br> Suite 3600 <br> Plano, TX 75093 | |
| 4. | **Debtor's attorney** <br> Name and address | David Wheeler <br> Wheeler & Wheeler, PLLC <br> PO Box 264 <br> Biloxi, MS 39533 | Contact phone  228 374–6720 |
| 5. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 501 East Court Street, Suite 2.300 <br> P.O. Box 2448 <br> Jackson, MS 39225–2448 | **Office Hours:** <br> **Monday – Friday 8:00 AM – 5:00 PM** <br><br> **Contact phone  601–608–4600** <br><br> **Date: 4/13/20** |
| 6. | **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath and provide original picture identification. Creditors may attend, but are not required to do so. | May 12, 2020 at 11:00 AM <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br> **Telephonic Meeting, Conference Call Instructions Forthcoming** |

**For more information, see page 2 >**

Official Form 309F1 (Corporations or Partnerships) (2/20) **Notice of Chapter 11 Bankruptcy Case** page 1

Debtor **Amazing Energy LLC**                                                                                                                                                Case number **20−01244−NPO**

| | | |
|---|---|---|
| **7. Proof of claim deadline** | **Deadline for all creditors to file a proof of claim** (except governmental units):: **8/4/20** | |
| | **Deadline for governmental units to file a proof of claim: 10/5/20** | |
| | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. | |
| | Your claim will be allowed in the amount scheduled unless:<br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice. | |
| | If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. | |
| | You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov. | |
| | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| **8. Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br>**Deadline for filing the complaint: 7/13/20** | |
| **9. Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **10. Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. | |
| **11. Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |