## **Exhibit 2**

Mailing Matrix

Label Matrix for local noticing
0540-4
Case 20-41561
Eastern District of Texas
Sherman
Fri Aug 14 09:45:51 CDT 2020

AAPIM
Jeffrey C. King
Chris Brown
1717 Main Street, Suite 2800
Dallas, Texas 75201-7342

AAPIM, LLC
J. Walter Newman IV
Newman & Newman
587 Highland Colony Parkway
Ridgeland, MS 39157-8784

AAPIM, LLC
c/o Patrick J. Schurr
2600 Network Boulevard, suite 400
Frisco, TX 75034-6010

Amazing Energy LLC
c/o Tom Thornhill, Esq.
Thornhill Law Firm, A PLC
1308 Ninth Street
Slidell, LA 70458-2810

Amazing Energy Oil and Gas Co.
c/o Tom Thornhill, Esq.
Thornhill Law Firm, A PLC
1308 Ninth Street
Slidell, LA 70458-2810

Apache Corporation
c/o Robin B. Cheatham
Adams and Reese LLP
701 Poydras Street, Suite 4500
New Orleans, LA 70139-4596

Applied Industrial Technologies DBA KNOX
22510 NETWORK PLACE
CHICAGO, IL 60673-1225

Applied US Energy, Inc.
c/o Jordan Moore
1 Applied Plaza
Cleveland, OH 44115-2511

Arnold Jed Miesner
c/o Frederic M. Wolfram
600 S Tyler St, Ste 1406
Amarillo, TX 79101-2353

BIG BEND TELEPHONE CO INC
808 N. 5TH ST
ALPINE, TX 79830-3002

Bank Direct
150 North Field Dr - Suite 190
Lake Forest, IL 60045-2594

Benny Barton
c/o Patrick J. Schurr
2600 Network Boulevard
suite 400
Frisco, TX 75034-6010

Benny Barton
P. O. Box 14116
Irving, Tx  75014

Brier Sutton Roustabout
5482 HALLFORD ROAD
FT STOCKTON TX 79735-9425

Greta M. Brouphy
Heller, Draper, Patrick, Horn and Dabney
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6175

CINTAS CORPORATION #440
PO BOX 650838
DALLAS, TX 75265-0838

CNH INDUSTRIAL CAPITAL
PO Box 71264
Philadelphia, PA 19176-6264

CUTTER DRILLING SYSTEMS
DEPT 150
PO BOX 4458
HOUSTON, TX 77210-4458

J Mitchell Carrington
Butler Snow LLP
PO Box 6010
Ridgeland, MS 39158-6010

Leslie A. Collins
650 Poydras Street, Ste. 2500
New Orleans, LA 70130-6175

DYNAMIC FISHING & RENTALS
3400 NCR 1148
MIDLAND, TX 79705

Dave Michael Mccullan
2204 Rockmoor Drive
Austin, Tx 78703-2037

David Scolman
1145 W. Pacific Ct
Lakewood, Co  80227

Davis, Gerald & Cremer
Julie Griffis
400 W. Illinois, #1400
Midland, TX 79701-4310

Derek A. Henderson, Esq.
for Arnold Jed Miesner
1765-A Lelia Drive, Ste 103
Jackson, MS 39216-4820

Derek A. Henderson, Esq.
for JLM Strategic Investments, LP
1765-A Lelia Drive, Ste 103
Jackson, MS 39216-4820

Derek A. Henderson, Esq.
for Lesa Renee Miesner
1765-A Lelia Drive, Ste 103
Jackson, MS 39216-4820

Derek A. Henderson, Esq.
for Petro Pro, Ltd.
1765-A Lelia Drive, Ste 103
Jackson, MS 39216-4820

Douglas S. Draper
650 Poydras Street, Ste. 2500
New Orleans, LA 70130-6175

Douglas Scott Draper
Heller Draper Patrick Horn & Manthey LLC
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6175

ERIC SMITH - Roustabout
203 S SEALS
FORT STOCKTON, TX 79735-6219

First Insurance Funding/Kaecher Insuranc
9555 Hillwood Dr  STE 140
Las Vegas, NV 89134-0579

Frederick Bartlett Wulff, Sr
555 Winonah Drive
Dallas, Tx  75209

Frederick Wulff, Sr.
Dave McCullar
Richard W. Winters
Kathleen May Winters
1700 Pacific Ave., Ste. 4500
Dallas, TX 75201-4619

G.R. White Trust
Jp Morgan Chase Bank
P.O. Box 99084
Ft. Worth, Tx  76199-0084

HADAWAY ENGINEERING INC.
PO BOX 188
CANADIAN, TX 79014-0188

HALLIBURTON
PO BOX 301341
DALLAS, TX 75303-1341

HOPPE'S CONSTRUCTION LLC
PO BOX 654
ADA, OK 74821-0654

HOT SPLASH LLC
PO BOX 729
MANVEL, TX 77578-0729

HOWARD SUPPLY COMPANY LLC
P.O. Box 650707
DALLAS, TX 75265-0707

Helm Capital, LLC
c/o Kristina M. Johnson, Esq.
Jones Walker LLP
P. O. Box 427
Jackson, MS 39205-0427

Derek A Henderson
Derek A Henderson, Attorney at Law
1765-A Lelia Drive
Suite 103
Jackson, MS 39216-4820

Hot Splash, LLC
c/o Brandon S. Archer
317 W. Concho
San Angelo TX 76903-6308

IMPERATIVE CHEMICAL PARTNERS INC
PO BOX 679330
DALLAS, TX 75267-9330

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
c/o United States Attorney
501 E. Court Street, Ste. 4.430
Jackson, MS 39201-5025

J. Mitchell Carrington, Esq.
for PPF 11 LLC
1020 Highland Colony Pkwy, Ste 1400
Ridgeland, MS 39157-2139

J. Walter Newman IV, Esq.
for AAPIM, LLC
587 Highland Colony Parkway
Ridgeland, MS 39157-8784

JLM Strategic Investments LP
c/o Frederic M. Wolfram
600 S Tyler St, Ste 1406
Amarillo, TX 79101-2353

JONES ELECTRIC INC.
PO BOX 815
CRANE, TX 79731-0815

Jed and Lesa Miesner
1 Woodstone
Amarillo, TX 79106-4151

Jilpetco, Inc.
c/o Tom Thornhill, Esq.
Thornhill Law Firm, A PLC
1308 Ninth Street
Slidell, LA 70458-2810

John Preston Bornman, III
12003 Pebble Hill
Houston, TX 77024-6208

John Preston Bornman, III
12006 Pebble Hill
Houston, TX 77024-6208

Kristina M Johnson
Jones Walker LLP
190 E Capitol Street
Ste 800
Jackson, MS 39201-2155

Kathleen May Winters
16 Montsalas Drive
Monterey, Ca 93940-5220

LARRY W BISHOP Pumper
PO BOX 1066
IRAAN, TX 79744-1066

LEO & SONS, LP
PO BOX 802
IRAAN, TX 79744-0802

H. Kenneth Lefoldt
Lefoldt & Co., P.A.
PO Box 2848
Ridgeland, MS 39158-2848

Lesa Renee Miesner
c/o Frederic M. Wolfram
600 S Tyler St, Ste 1406
Amarillo, TX 79101-2353

Long String Pipe & Supply, LLC
B. Blue Hyatt
300 N. Marienfeld, Suite 700
Midland TX 79701-4322


M&W HOT OIL, INC.
PO BOX 69370
Odessa, TX 79769-0370

(p)MISSISSIPPI STATE TAX COMMISSION
P O BOX 22808
JACKSON MS 39225-2808

Tristan E. Manthey
Heller Draper Patrick Horn & Manthey LLC
650 Poydras St., Ste. 2500
New Orleans, LA 70130-6175


Maria Richardson
PO Box 636
Iraan, TX 79744-0636

McCAMEY PUMP AND SUPPLY INC.
PO BOX 1675
MCCAMEY, TX 79752-1675

McCamey Pumpjack Sales &
P.O. Box 1551
McCamey, TX 79752-1551


Mike Padilla Rostabout
2198 SOUTH US HWY 385
FT STOCKTON TX 79735-8837

Mississippi Department of Human Services
Attention: Bankruptcy
P. O. Box 352
Jackson, MS 39205-0352

Mississippi Department of Revenue
Bankruptcy Section
P. O. Box 22808
Jackson, MS 39225-2808


J. Walter Newman IV
Newman & Newman
587 Highland Colony Parkway
Ridgeland, MS 39157-8784

OG ENDEAVORS, LLC OGPUMPER
P.O. BOX 7091
ABILENE, TX 79608-7091

Rosa R. Orenstein
Orenstein Law Group
1201 Elm St
Suite 4020
DALLAS, TX, TX 75270-2012


PAUL J. SUTTON - Pumper
5482 Halford Rd
FT STOCKTON, TX 79735-9425

PIKES PEAK ENERGY SERVICES LLC
PO BOX 2510
OZONA, TX 76943-2510

PLAINS ENTERPRISES LTD
PO BOX 69565
ODESSA, TX 79769-0565


PLATINUM VAPOR CONTROL LP
2822 W 5TH ST
FORT WORTH, TX 76107-2204

POTTER CNTY TAX ASSESSOR SHERRI TAYLOR
PO BOX 2289
AMARILLO, TX 79105-2289

Petro Pro Ltd.
c/o Frederic M. Wolfram
600 S Tyler St, Ste 1406
Amarillo, TX 79101-2353


Premier Pump & Supply Inc.
P.O Box 3763
Brookhaven, MS 39603-7763

Premium Oilfield Technologies, LLC
dba Cutter Drilling Systems
5727 Brittmoore Rd.
Houston, TX 77041-5614

Providence Minerals, Llc
16400 North Dallas Pkwy Ste 400
Dallas, TX 75248-2643


Richard Wall Winters, Jr
8998 County Road 2019
Eden, Tx 76837-3830

Rumson Royalty Company, Llc
c/o Patrick J. Schurr
2600 Network Boulevard, suite 400
Frisco, TX 75034-6010

Rumson'S Ricochet, Inc.
c/o Mark D. Winnubst
1701 N. Collins Blvd., Suite 1100
Richardson TX 75080-3586


STATE LINE TRUCKING INC
PO BOX 66
BLEDSOE, TX 79314-0066

STI Water Transport
316 SHELL ROAD
PO BOX 512
MCCAMEY TX 79752-0512

Patrick J. Schurr
Scheef & Stone, L.L.P.
2600 Network Boulevard
Suite 400
Frisco, TX 75034-6010

Patrick Joseph Schurr
Scheef & Stone LLP
2601 Network Blvd Ste 102
Frisco, TX 75034-9092

Smith Manus Insurance
2307 River Rd - STE 200
Louisville, KY 40206-5005

Social Security Administrations
Office of the General Counsel, Region IV
61 Forsyth Street, SW
Suite 20T45
Atlanta, GA 30303-8920

Southwest Marketers, Inc.
P.O. Box 400
Ft. Stockton, TX 79735-0400

Southwest Texas Electric
DEPT 1340
PO Box 2153
Birmingham AL 35287-1340

Christopher J. Steiskal Sr.
United States Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201-5022

TM Gas Measurement
2514 WEST I-20 NORTH SERVICE ROAD
MONAHANS TX 79756

TRANS PECOS NATURAL GAS CO. PIONEER
217 W. BEAUREGARD AVE.
SAN ANGELO, TX 76903-5823

TRYTON TOOL SERVICES
PO BOX 722833
NORMAN, OK 73070-9145

(p)TXU ENERGY RETAIL COMPANY LP
CO BANKRUPTCY DEPARTMENT
PO BOX 650393
DALLAS TX 75265-0393

TXU ENERGY RETAIL COMPANY LLC
PO BOX 650393
DALLAS TX 75265-0393

Taxing Districts Collected by Potter County
D'Layne Carter
PO Box 9132
Amarillo, TX 79105-9132

Term Royalty Partners, Lp
P.O. Box 142104
Irving, Tx  75014-2104

Texas Mutual Insurance
PO BOX 841843
DALLAS TX 75284-1843

Trust Of G.R. White Fbo Joy Lina White
Jp Morgan Chase Bank
P.O. Box 99084
Ft. Worth, Tx  76199-0084

U.S. Attorney General
Department of Justice
Main Justice Building
10th & Constitution Ave., NW
Washington, DC 20530-0001

U.S. Securities and Exchange Commission
Office of Reorganization
950 East Paces Ferry Road
Suite 900
Atlanta, GA 30326-1382

U.S. Securities and Exchange Commission
c/o United States Attorney
501 E. Court Street, Ste. 4.430
Jackson, MS 39201-5025

United States Trustee
110 North College Avenue
Suite 300
Tyler, TX 75702-7231

WARHORSE TUBING TESTERS LLC
PO BOX 273
MONAHANS, TX 79756-0273

WB SUPPLY COMPANY
111 NAIDA STREET
PAMPA, TX 79065-6901

WEATHERFORD U.S., LP
4420 W. GREENS RD
HOUSTON, TX 77066-4858

David Wheeler
Wheeler & Wheeler, PLLC
PO Box 264
Biloxi, MS 39533-0264

Whelk Bay Resources, Llc
P.O. Box 14116
Irving, Tx 75014

William Neal Patterson
2801 Shortgrass Road Apt 241
Edmond, Ok 73003-3221

Williams Ranch
PO Box 1172
Seagraves, TX 79359-1172

Carol Lynn Wolfram
Law Office of Carol Lynn Wolfram
P.O. Box 1925
Denton, TX 76202-1925

Frederic M. Wolfram
600 S. Tyler St. Ste 1406
Amarillo, TX 79101-2353

Wyatt Petroleum, LLC and Wyatt Permian, LLC
Enoch Kever PLLC c/o Marla D. Broaddus
7600 N. Capital of Texas Hwy Bldg B
Suite 20
Austin, TX 78731-1184

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

MS State Tax Commission
Bankruptcy Section
PO Box 23338
Jackson, MS 39225

TXU ENERGY
PO BOX 650638
DALLAS, TX 75265-0638

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)JLM Strategic Investments, LP

(u)Arnold Jed Miesner

(u)Lesa Renee Miesner

(u)PPF 11 LLC

(u)Petro Pro, Ltd.

(d)U.S. Securities and Exchange Commission
Office of Reorganization
950 East Paces Ferry Road, Suite 900
Atlanta, GA 30326-1382

(d)Wyatt Petroleum, LLC and Wyatt Permian, LL
Enoch Kever PLLC c/o Marla D. Broaddus
7600 N.Capital of Texas Hwy Bldg B
Suite 20
Austin, TX 78731-1184

(u)name,address1,address2,CityStZip
Wyatt Permian LLC,24 Greenway Plaza,Suit

End of Label Matrix
Mailable recipients    118
Bypassed recipients      8
Total                  126