# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS (SHERMAN)

| | |
|---|---|
| **In re:** | Chapter 11 |
| **AMAZING ENERGY MS, LLC** | Case. No. 20-41558 |
| Debtor. | |
| **In re:** | Chapter 11 |
| **AMAZING ENERGY LLC** | Case. No. 20-41561 |
| Debtor. | |
| **In re:** | Chapter 11 |
| **AMAZING ENERGY HOLDINGS, LLC** | Case. No. 20-41563 |
| Debtor. | *Jointly Administered Under **Case No. 20-41558** |

## ORDER GRANTING THOMPSON & KNIGHT, LLP'S MOTION TO DEEM TIMELY A LATE-FILED PROOF OF UNSECURED CLAIM

Having reviewed *Motion to Deem Timely a Late-Filed Proof of Unsecured Claim* [Doc. No. 250] (the "**Motion**") filed by Thompson & Knight, LLP ("**TK**"), and having conducted a hearing on the matter and considered arguments of counsel, the Court finds that the Motion should be in all things GRANTED. It is, therefore, ORDERED that

- the Motion is **GRANTED** as set forth herein;

- TK's proof of claim (Claim No. 13-1, the "**Claim**") is deemed timely-filed for all purposes;

- this Order does not prejudice the right of any party in interest to object to the Claim on any basis other than timeliness.

Signed on 11/10/2020

_Brenda T. Rhoades_ SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE