Patrick J. Schurr
State Bar No. 17853530
Patrick.schurr@solidcounsel.com
SCHEEF & STONE, L.L.P.
2600 Network Boulevard
Suite 400
Frisco, Texas 75034
Telephone: 214.472.2100
Telecopier: 214.472.2150

ATTORNEYS FOR BIG STAR INVESTMENTS, LLC

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **AMAZING ENERGY MS, LLC,** | § | **CASE NO. 20-415581-BTR-11** |
| | § | |
| | § | **JOINTLY ADMINISTERED UNDER** |
| **Debtors.** | § | **CASE NO. 20-41558-BTR-11** |

## EXHIBIT AND WITNESS LIST IN CONNECTION WITH
## THE HEARINGS SCHEDULED FOR MARCH 30, 2022

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW BIG STAR INVESTMENTS, LLC (:Big Star"),   a party-in-interest

in this proceeding and would show the Court as follows:

I.

At the hearings on March 30, 2022, Big Star may call one, or more or none of the

following as witnesses in the above matter:

(1)     Lucas Knickerbocker;
(2)     Jed Miesner;
(3)     Jay Haber;
(4)     Any person(s) designated by the Former Plan Proponents[1]; and

---

[1]The Former Plan Proponents are defined as Arnold Jed Miesner, Lesa Renee Miesner, Petro Pro Ltd., and JLM

EXHIBIT AND WITNESS LIST IN CONNECTION WITH THE MARCH 30, 2022 HEARINGS - PAGE  1

(5)     Any person(s) designated by the Debtors; and

(6)     any person(s) designated any other party-in-interest.

## II.

Big Star may present one or more of the following exhibits:

| EXHIBIT | DESCRIPTION | OFFERED | EXCLUDED | ADMITTED |
|---------|-------------|---------|----------|----------|
| A | AEOG_0006942 through 0006948 April 5, 2019 announcement | | | |
| B | AEOG_0006943 thru 0006948 Memorandum of Understanding between Jed Miesner, Will McAndrew III and AEOG dated September 10, 2018 and Amendments thereto | | | |
| C | Purchase and Sale Agreement dated January 1, 2019 between Wyatt Petroleum LLC and Wyatt Permian LLC and Amazing Energy, LLC (New Mexico Leases and equipment) | | | |
| D | Amazing Energy Announcement Resignation of Jed Miesner as Director and Agreement to Settle Debt dated February 10, 2020 | | | |
| E | AEOG-0001702 thru 1707 evidencing wire transfer of $175,000 payment to Jed and Lesa Miesner Living Trust from Amazing Energy and email correspondence regarding same | | | |

---

Strategic Investments, LP.

| | | | | |
|---|---|---|---|---|
| F | AEOG Ledger 08/01/2000 thru 7/31/2022 | | | |
| G | Waiver and Consent in Lieu of Special Meeting of Directors to Corporate Action for Amazing Energy Oil & Gas Co. dated October 5, 2020 | | | |
| H | Order Granting Ex Parte Motion to Designate Lucas Knickerbocker as Principal of Debtors dated February 19, 2021 | | | |
| I | Big Star Investments, LLC bid for New Mexico Assets dated February 11, 2022 | | | |
| | Any documents designated by the Former Plan Proponents | | | |
| | Any documents designated by the Debtors | | | |
| | Any documents designated by any other party-in-interest | | | |

Big Star reserves the right to supplement this Exhibit and Witness List as circumstances warrant. Big Star further reserves the right to introduce additional documents as exhibits in rebuttal and reserve the right to call additional witnesses in rebuttal, if necessary.

Respectfully submitted this the 25th day of March, 2022.

SCHEEF & STONE, L.L.P.
2600 Network Boulevard
Suite 400
Frisco, Texas 75034
Telephone: 214.472.2100
Telecopier: 214.472.2150


By:_____/s/ Patrick J. Schurr_____
      Patrick J. Schurr
      State Bar No. 17853530
      patrick.schurr@solidcounsel.com

ATTORNEYS FOR BIG STAR INVESTMENTS, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was served on counsel for the Debtor, Douglas Draper, HELLER, DRAPER, PATRICK & HORN, 650 Poydras Street, suite 2500, New Orleans, LA 70130, via email ddraper@hellerdraper.com, counsel for the Former Plan Proponents, Rosa R. Orenstein, rosa@orenstein-lg.com and Carol Lynn Wolfram, clwolframlegal@gmail.com, and all parties requesting notice in this case, via ECF noticing, on this the 25th day of March, 2022.


      _____/s/ Patrick J. Schurr_____